**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01981-BNB

DOSSIE L. HOWARD,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant(s).

## **AMENDED ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

Plaintiff has submitted a Letter to the Court complaining about his transfer from the Denver County Jail to the Denver Detention Center. Plaintiff is not incarcerated at the present time. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.

(10) <u>  xx  </u>  other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>
**Complaint, Petition or Application**:
(11) <u>  xx  </u>  is not submitted
(12) <u>      </u>  is not on proper form (must use the court's current form)
(13) <u>      </u>  is missing an original signature by the prisoner
(14) <u>      </u>  is missing page nos. <u>    </u>
(15) <u>      </u>  uses et al. instead of listing all parties in caption
(16) <u>      </u>  An original and a copy have not been received by the court.  Only an original has been received.
(17) <u>      </u>  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) <u>      </u>  names in caption do not match names in text
(19) <u>      </u>  other <u>                              </u>

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Complaint and Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms, along with the applicable instructions, at www.cod.uscourts.gov.  Alternatively, Plaintiff may obtain the forms directly from the United States District Court Clerk at 901 19th Street, Denver, Colorado.

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, this action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED September 5, 2012, at Denver, Colorado.

BY THE COURT:

 /s Boyd N. Boland
United States Magistrate Judge