IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01981-BNB

DOSSIE L. HOWARD,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Dossie L. Howard, initiated this action by filing a letter with the Court on July 27, 2012, complaining about his transfer from the Denver County Jail to the Denver Detention Center. At the time of filing, Mr. Howard was not incarcerated.

    In a September 5, 2012 Order, Magistrate Judge Boyd N. Boland directed Mr. Howard to cure certain enumerated deficiencies in this action within thirty days. Specifically, Mr. Howard was ordered to submit a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or, in the alternative, to pay the $350.00 filing fee. Mr. Howard was also instructed to submit a Complaint on the court-approved form. Magistrate Judge Boland warned Mr. Howard in the September 5 Order that failure to cure the designated deficiencies by the court-ordered deadline would result in dismissal of the action without further notice.

    Mr. Howard has now failed to submit any documents in compliance with the September 5, 2012 Order and has not paid the $350.00 filing fee. Indeed, Mr. Howard has not communicated with the Court since he initiated this action on July 27, 2012.

Furthermore, the Court's Amended Order Directing Plaintiff to Cure Deficiencies (ECF No. 4) was returned to the Court as undeliverable on September 28, 2012. Mr. Howard is required, pursuant to D.C.COLO.L.Civ.R. 10.1M, to notify the Court of a change in his address. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Howard's failure to comply with the September 5, 2012 Order Directing Plaintiff to Cure Deficiencies and for failure to prosecute.

DATED at Denver, Colorado, this  15th  day of    October   , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court