IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01981-LTB

DOSSIE L. HOWARD,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 15, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendant(s) and against Plaintiff.

DATED at Denver, Colorado, this 15 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/L. Gianelli
                    Deputy Clerk